UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>INSURANCE   C.A. No. 06-9905 | SECTION "K"(2) |

### ORDER AND REASONS

Before the Court is a Motion to Dismiss (Doc. 13261) filed by Hull & Company, Inc. ("Hull") which seeks dismissal from this suit based on Judge Feldman's previous Order and Reasons (Doc. 21 in No. 06-9905) wherein the court denied a motion to remand finding that Hull had been fraudulently joined as there was no possibility of recovery against it under Louisiana law; Hull is a wholesale insurance broker who had no communications with plaintiff. No opposition to this motion was filed, and the Court finds the motion to have merit. Accordingly,

**IT IS ORDERED** that the Motion to Dismiss (Doc. 13261) filed by Hull & Company, Inc. is **GRANTED**.

New Orleans, Louisiana, this ___17th___ day of June, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE